CAROLINE LORINCZ, PETITIONER-RESPONDENT, v. JOHN A. ROEBLING'S SONS CO., RESPONDENT-PETITIONER.

*Mr. Samuel Levinson* for the petitioner.

*Mr. N. Morton Rigg* and *Mr. C. Zachary Seltzer* for the respondent.

September 14, 1953.   Denied.

ROSARIO GIARLO, PLAINTIFF-PETITIONER, v. CROWN MOTOR FREIGHT COMPANY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Stephen VR. Strong* for the petitioner.

*Mr. Baruch S. Seidman* for the respondents.

September 14, 1953.   Denied.